# ALABAMA COURT OF CRIMINAL APPEALS



July 25, 2025

**CR-2024-0877**

James Steven Turner v. State of Alabama (Appeal from Lee Circuit Court: CC-21-722.60)

# NOTICE

You are hereby notified that on July 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk